ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
MSI II LLC, Joint Venture                            )     ASBCA No. 63807-ADR
                                                     )
Under Contract No. FA4608-20-D-0001                  )

APPEARANCES FOR THE APPELLANT:          Christopher Solop, Esq.
                                        Lynn Patton Thompson, Esq.
                                          Biggs, Ingram & Solop, PLLC
                                          Jackson, MS

APPEARANCES FOR THE GOVERNMENT:         Caryl A. Potter, III, Esq.
                                          Air Force Deputy Chief Trial Attorney
                                        Lawrence M. Anderson, Esq.
                                        Maj Candice D. Schubbe, USAF
                                          Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,084,312. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from December 12, 2023, until date of payment.

Dated: February 20, 2025

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                     _____
OWEN C. WILSON                              MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


     I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63807-ADR, Appeal of MSI
II LLC, Joint Venture, rendered in conformance with the Board's Charter.

     Dated:  February 24, 2025


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals